

ORDERED in the Southern District of Florida on        AUG 0 4 2009



A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 08-24189-BKC-AJC
                                         Chapter 13

Raul Ernesto Aguilar,
1651 NW 32 Ave
Miami, Fl 33125

SSN: xxx-xx-1213

_____Debtor_____/

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Adams & Cohen on behalf of Raul Ernesto Aguilar and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(C), it is

**ORDERED** that following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Raul Ernesto Aguilar and, if applicable, the "funds locator" or attorney submitting the application, Adams & Cohen, the sum of $3,216.11 now held as unclaimed funds in the treasury for the original claimant Raul Ernesto Aguilar.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

LF-29 (rev. 07/17/07)                                   Page 1 of 2

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)